# Third District Court of Appeal

## State of Florida

Opinion filed August 14, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-723
Lower Tribunal Nos. F04-22000, F04-22001A, F04-22003, F04-22326,
F04-22416, F04-22322A, F04-22323, F04-22828A, F04-22319B,
F04-23283D, F04-23492A, F04-22320, F04-22002, F20-570

_____

**Christopher Rivera,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Christopher Rivera, in proper person.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before LINDSEY, GORDO, and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Strickland v. Washington</u>, 466 U.S. 668, 687, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984) (announcing two-part test for ineffective assistance of counsel requiring the defendant to show that his or her counsel's performance was deficient and prejudiced the defense); <u>Alcorn v. State</u>, 121 So. 3d 419, 422 (Fla. 2013) ("[T]o show prejudice, the defendant must demonstrate a reasonable probability, defined as a probability sufficient to undermine confidence in the outcome, that (1) he or she would have accepted the offer had counsel advised the defendant correctly, (2) the prosecutor would not have withdrawn the offer, (3) the court would have accepted the offer, and (4) the conviction or sentence, or both, under the offer's terms would have been less severe than under the judgment and sentence that in fact were imposed."); <u>Blanco v. State</u>, 702 So. 2d 1250, 1252 (Fla. 1997) ("As long as the trial court's findings are supported by competent substantial evidence, this Court will not substitute its judgment for that of the trial court on questions of fact, likewise of the credibility of the witnesses as well as the weight to be given to the evidence by the trial court.") (internal quotations omitted).